1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## CENTRAL DISTRICT OF CALIFORNIA — WESTERN DISTRICT

10
11
12
13
14
15
16
17

| | |
|---|---|
| MANUELA F. BALTAZAR, <br>                       Plaintiff, <br><br>     vs. <br><br> MICHAEL J. ASTRUE, <br> Commissioner of the Social <br> Security Administration, <br><br>                   Defendant. | Case No. CV 07-7667-JWJ <br><br> JUDGMENT |

18
19
20
21
22

       **IT IS ADJUDGED** that Judgment be entered **REMANDING** this case to the Commissioner of the Social Security Administration, pursuant to sentence four of 42 U.S.C. § 405(g), for further proceedings in accordance with this Court's Order, which was filed concurrently in this case.

23
24

DATED:  March 11, 2009

25
26

                           /s/

27

                     JEFFREY W. JOHNSON <br>                      United States Magistrate Judge

28