The Law Offices of JUDITH S. LELAND
A Professional Law Corporation
8345 E. Firestone Blvd., Suite 300
Downey, CA 90241
(562) 904-6955 (562) 904-6965 Fax
MARIA G. GALINDO (State Bar No: 217106)
E-mail: tracey@disabilitylawfirm.com

Attorney for Plaintiff

FILED
CLERK, U.S. DISTRICT COURT

AUG 26 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MANUELA BALTAZAR,<br><br>  Plaintiff,<br><br>  v.<br><br> MICHAEL J. ASTRUE,<br> Commissioner of Social Security,<br><br>  Defendant. | CIVIL NO. CV 07-7667 JEM<br><br>[PROPOSED] ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, IT IS ORDERED that Plaintiff's counsel, as Plaintiff's assignee, shall be awarded attorney fees under the EAJA in the amount of Two Thousand Seven Hundred and Sixty-five dollars ($2,765.00), as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

Dated: August 26, 2009

JOHN E. MCDERMOTT
UNITED STATES MAGISTRATE JUDGE